**UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Enrique V. MartinezRoque**
**Boatswain's Mate Third Class (E-4), U.S. Coast Guard**

**CGCMG 0369**
**Docket No. 1465**

**04 October 2019**

General Court-Martial tried on 25-26 July 2018.

| | |
|---|---|
| Military Judge: | CDR Paul R. Casey, USCG |
| Appellate Defense Counsel: | LT Salomee G. Briggs, USCG |
| Appellate Government Counsel: | LT Zachary N. Godsey, USCG |

**BEFORE**
**McCLELLAND, HAVRANEK & BRUBAKER**
Appellate Military Judges

Per curiam:

A military judge sitting as a general court-martial convicted Appellant, pursuant to his pleas, entered in accordance with a pretrial agreement, of one specification of false official statements, in violation of Article 107, Uniform Code of Military Justice (UCMJ), and one specification of indecent language, in violation of Article 134, UCMJ. The military judge sentenced Appellant to reduction to E-1, confinement for twelve months, and a bad-conduct discharge, which the Convening Authority approved.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

**Decision**

We determine that the findings and sentence are correct in law and fact and, on the basis of the entire record, should be approved.  Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.

For the Court,



Sarah P. Valdes
Clerk of the Court